428 A.2d 257

Commonwealth v. McNeely a/k/a Kephart, Jr., Appellant.

Argued December 3, 1979. John H. Broujos, for appellant; Kevin A. Hess, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Order affirmed.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.